# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-01512-13 (ESL) |
| ARTURO IVAN LUGO LOPEZ<br>TANIA ENEIDA RAMOS GUZMAN | CHAPTER 13 |
| DEBTORS | |
| ARTURO IVAN LUGO LOPEZ<br>TANIA ENEIDA RAMOS GUZMAN | ADV.PROC.NO. 10- 00121 |
| Plaintiffs | WILLFUL VIOLATION OF THE<br>AUTOMATIC STAY |
| V. | |
| BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO, JOHN DOE, RICHARD ROE, A CORPORATION, B CORPORATION, C CORPORATION, X INSURANCE, Y INSURANCE, & Z INSURANCE | |
| Defendant(s) | |

## SUMMONS

To the above named defendant(s): **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO, C/O PRESIDENT JAVIER M. FLORES, P.O. Box 364745, San Juan, Puerto Rico 00936-4745.**

You are hereby summoned and required to serve upon **Luis F. del Valle-Emmanuelli, Esq.**, plaintiff's attorney, whose address is **138 Winston Churchill Ave., Suite 316, San Juan, P.R. 00926-6023**, either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribe by the Court), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.

(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribe by the Court:

Your motion or answer must be filed with this Court.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

CELESTINO MATTA-MENDEZ
CLERK, U.S. BANKRUPTCY COURT

By: _/s/ Jose Rieni_
Intake Deputy Clerk

DATE OF ISSUANCE: JUL 2 3 2010