IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-01512-13 (ESL) |
| ARTURO IVAN LUGO LOPEZ<br>TANIA ENEIDA RAMOS GUZMAN | CHAPTER 13 |
| DEBTORS | |
| ARTURO IVAN LUGO LOPEZ<br>TANIA ENEIDA RAMOS GUZMAN | ADV.PROC.NO. 10- 00121 |
| Plaintiffs | WILLFUL VIOLATION OF THE<br>AUTOMATIC STAY |
| V. | |
| BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO, JOHN DOE, RICHARD ROE, A CORPORATION, B CORPORATION, C CORPORATION, X INSURANCE, Y INSURANCE, & Z INSURANCE | |
| Defendant(s) | |

ORDER SETTING INITIAL PRE-TRIAL CONFERENCE
AND LBR 7026(f) CONFERENCE

TO THE ATTORNEYS IN THE ABOVE CASE:

You are hereby notified that on order of the Honorable Enrique S. Lamoutte, an initial pre-trial conference in the above captioned case will be held on NOV 3 0 2010 10:00 am at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PUERTO RICO. This conference will be governed by Rule 7016 of the Federal Rules of Bankruptcy Procedure and Rules 7016-1, 7026-1 and 9014-1 of the Puerto Rico Local Bankruptcy Rules (LBR).

**IT IS SO ORDERED** that each party be represented by the attorney who expects to conduct

the actual trial and that each attorney be familiar with the Local Bankruptcy Rules.

**IT IS FURTHER ORDERED** that failure to comply with this order setting the initial pre-trial conference and discovery conference may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

In San Juan, Puerto Rico, this 23 day of JULY, 2010.

ENRIQUE S. LAMOUTTE
U.S. BANKRUPTCY JUDGE

BY:

