IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 09-01512-13 (ESL)** |
| **ARTURO IVAN LUGO LOPEZ** <br> **TANIA ENEIDA RAMOS GUZMAN** | **CHAPTER 13** |
| **DEBTORS** | |
| **ARTURO IVAN LUGO LOPEZ** <br> **TANIA ENEIDA RAMOS GUZMAN** | **ADV.PROC.NO. 10-00121** |
| **Plaintiffs** | **WILLFUL VIOLATION OF THE AUTOMATIC STAY** |
| **V.** | |
| **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO, JOHN DOE, RICHARD ROE, A CORPORATION, B CORPORATION, C CORPORATION, X INSURANCE, Y INSURANCE, & Z INSURANCE** | |
| **Defendant(s)** | |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE OF ALL FILINGS AND ORDERS

**TO THE HONORABLE COURT:**

    **COME NOW** plaintiffs Arturo I. Lugo López and Tania E. Ramos Guzmán, and through the undersigned attorney very respectfully state and pray:

    1. Plaintiffs filed the instant adversary complaint through the undersigned attorney, who is prosecuting the case as lead counsel together with counsel Juan M. Suárez.Cobo. The latter is receiving notices of all electronic filings and/or orders, but the undersigned is not.

    2. Plaintiffs request that the undersigned's appearance be entered and that notice of all electronic filings be provided at dvelawoffices@onelinkpr.net and dvelawoffices@gmail.com.

**WHEREFORE**, plaintiffs respectfully request that notice be taken of the foregoing, the undersigned's appearance is entered in the record and notice of all electronic filings be provided at dvelawoffices@onelinkpr.net and dvelawoffices@gmail.com.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all CM/ECF participants in the above-captioned matter and any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, this 28th day of July, 2010.

S/Luis F. del Valle
LUIS F. DEL VALLE-EMMANUELLI
USDCPR 209514
138 Winston Churchill Ave.
Suite 316
San Juan, P.R. 00926-6023
Tel. 787.791.1818
Fax 787.791.4260