IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-01512-13 (ESL) |
| ARTURO IVAN LUGO LOPEZ<br>TANIA ENEIDA RAMOS GUZMAN | CHAPTER 13 |
| DEBTORS | |
| ARTURO IVAN LUGO LOPEZ<br>TANIA ENEIDA RAMOS GUZMAN | ADV.PROC.NO. 10- 00121 |
| Plaintiffs | WILLFUL VIOLATION OF THE<br>AUTOMATIC STAY |
| V. | |
| BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO, JOHN DOE, RICHARD ROE, A CORPORATION, B CORPORATION, C CORPORATION, X INSURANCE, Y INSURANCE, & Z INSURANCE | |
| Defendant(s) | |

ORDER SETTING INITIAL PRE-TRIAL CONFERENCE
AND LBR 7026(f) CONFERENCE

TO THE ATTORNEYS IN THE ABOVE CASE:

You are hereby notified that on order of the Honorable Enrique S. Lamoutte, an initial pre-trial conference in the above captioned case will be held on NOV 3 0 2010 10:00 am at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PUERTO RICO. This conference will be governed by Rule 7016 of the Federal Rules of Bankruptcy Procedure and Rules 7016-1, 7026-1 and 9014-1 of the Puerto Rico Local Bankruptcy Rules (LBR).

IT IS SO ORDERED that each party be represented by the attorney who expects to conduct

the actual trial and that each attorney be familiar with the Local Bankruptcy Rules.

**IT IS FURTHER ORDERED** that failure to comply with this order setting the initial pre-trial conference and discovery conference may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

In San Juan, Puerto Rico, this 23 day of July, 2010.

ENRIQUE S. LAMOUTTE
U.S. BANKRUPTCY JUDGE

BY: _____

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: davilap              Page 1 of 1            Date Rcvd: Jul 28, 2010
Case: 10-00121                 Form ID: pdf002            Total Noticed: 9

The following entities were noticed by first class mail on Jul 30, 2010.
ust         +EDWARD A. GODOY,   OFFICE OF THE U. S. TRUSTEE,   OCHOA BUILDING, 3RD FLOOR,
              500 TANCA STREET, SUITE 301,   SAN JUAN, PR 00901-1938
ust         +JOSE CARLOS DIAZ-VEGA,   U.S. Trsutee,   Ochoa Building,   500 Tanca Street, Suite 301,
              San Juan, PR 00901-1938
ust         +MARIA DE LOS ANGELES GONZALEZ,   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
              500 TANCA ST SUITE 301,   SAN JUAN, PR 00901-1938
ust         +MONSITA LECAROZ ARRIBAS,   OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,
              500 TANCA STREET  SUITE 301,   SAN JUAN, PR 00901-1938
ust         +MONSITA LECAROZ ARRIBAS (MM),   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
              500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +NANCY PUJALS,   OFFICE OF THE US TRUSTEE,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +OFFICE U.S. TRUSTEE,   EXECUTIVE OFFICE OF THE US TRUSTEE,   500 TANCA STREET,   SUITE 301,
              SAN JUAN, PR 00901-1938
ust         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust          WIGBERTO LUGO MENDER,   LUGO MENDER&CO,   CENTRO INTERNACIONAL DE MERCADEO,
              CARR 165 TORRE I SUITE 501,   GUAYNABO, PR  00968
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          TRACY N SCHROEDER,   US TRUSTEE OFFICE
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 30, 2010**               Signature:    *Joseph Speetjens*