# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br>**ARTURO IVAN LUGO LOPEZ**<br>**TANIA ENEIDA RAMOS GUZMAN**<br><br>**DEBTORS** | **CASE NO. 09-01512-ESL**<br><br>**CHAPTER 13** |
| **ARTURO IVAN LUGO LOPEZ,**<br>**TANIA ENEIDA RAMOS GUZMAN**<br>**Plaintiffs**<br><br>Vs.<br><br>**BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO**<br><br>**Defendant(s)** | **ADV.PROC.NO.10-00121** |

## CERTIFICATE OF MAILING & SERVICE

The undersigned hereby certifies that a true copy of the **COMPLAINT AND SUMMONS** was mailed, via certified mail prepaid, to: **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO** C/O **President Javier M. Flores**, **PO BOX 364745, SAN JUAN, PR 00936-4745**. Evidence of the mailing is included with this motion.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to : Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and José R. Carrión, Esq.. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, July 30, 2010

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (787) 791-4260

*/s/Luis F. Del Valle*
**LUIS F. DEL VALLE**
USDCPR Luis F. Del Valle
Luis F. Del Valle
Attorney for:
Arturo Ivan Lugo Lopez
Tania Eneida Ramos Guzman



| | | |
|---|---|---|
| LUGO LOPEZ ARTURO IVAN<br>URB ENCANTADA<br>RIVERWALK 121<br>TRUJILLO ALTO PR  00976 | BANK OF AMERICA<br>PO BOX 15713<br>WILMINGTON DE  19886-5713 | COSSEC<br>PO BOX 195449<br>SAN JUAN PR  00919-5449 |
| RAMOS GUZMAN TANIA ENEIDA<br>28 SANDY LAY<br>THE VILLAGE AT THE HILL<br>CEIBA PR  00735 | CARIBBEAN ALLIANCE INSURANCE COMPANY<br>PO BOX 70337<br>SAN JUAN PR  00936-8337 | CRIM<br>PO BOX 195387<br>SAN JUAN PR  00918-5387 |
| LEGAL PARTNERS PSC<br>BOX 316 SENORIAL STATION<br>SAN  JUAN PR  00926-6023 | CHASE<br>LEGAL DEPT<br>PO BOX 94014<br>PALATINE IL  60094-4014 | EUROBANK AND TRUST COMPANY<br>DPTO  DE QUIEBRAS<br>PO BOX 5447<br>SAN JUAN PR  00919-5447 |
| ALLSTATE LIFE INSURANCE COMPANY OF NY<br>PO BOX 82656<br>LINCOLN NE  68501 | CHASE<br>800 BROOKSEDGE BLVD<br>WESTERVILLE OH  43081 | EUROBANK AND TRUST COMPANY<br>DIVISION LEGAL<br>PO BOX 191009<br>SAN JUAN PR  00919-1009 |
| ASOC VILLAGE AT THE HILL<br>PO BOX 191427<br>SAN JUAN PR  00919-1427 | CITI<br>PO BOX 6286<br>SIOUX FALLS SD  57117 | FIA CARD SERVICES<br>1110 NORTH KING STREET<br>WILMINGTON DE  19801 |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO<br>PO BOX 70101<br>SAN JUAN PR  00936-8101 | CITI CARDS<br>PO BOX 183053<br>COLUMBUS OH  43218-3053 | FIA CARD SERVICES<br>PO BOX 15026<br>WILMINGTON DE  19850-5026 |
| AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN PR  00936-3508 | CITIBANK<br>PO BOX  6191<br>SIOUX FALLS SD  57117-6191 | FIRSTBANK<br>PO BOX 9146<br>SAN JUAN PR  00908-0146 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN PR  00936-4745 | CITIBANK<br>PO BOX 22828<br>ROCHESTER NY  14692 | FLEET CC<br>300 WAKEFIELD DR<br>NEWARK DE  19702 |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN PR  00936-2708 | CITIBANK (SOUTH DAKOTA) NA<br>PO BOX 6191<br>SIOUX FALLS SD  57117-6191 | FORD CREDIT<br>PO BOX 71532<br>SAN JUAN PR  00936-8632 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN PR  00936-2589 | CITIBANK NA<br>7930 NW 110TH STREET<br>KANSAS CITY MO  64153 | FORD MOTOR CREDIT COMPANY<br>PO BOX 31111<br>TAMPA FL  33631-3111 |

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY<br>PO BOX 31111<br>TAMPA FL  33631-3111 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN PR  00936-6818 | US DEPARTMENT OF EDUCATION<br>C/O COLLECTO INC<br>700 LONGWATER DRIVE 2ND FLOOR<br>NORWELL MA  02061 |
| GRACE MONGE LA FOSSE  ESQ<br>PO BOX 192053<br>SAN JUAN PR  00919-2053 | PR FCU<br>GPO BOX 998<br>SAN JUAN PR  00936 | US DPT OF EDUCATION<br> BANKRUPTCY DIV<br>PO BOX 4399<br>UTICA NY  13504-4399 |
| HECTOR M LUGO MONTALVO ESQ<br>LUGO LUGO & ASOCIADOS PSC<br>PO BOX 8672<br>BAYAMON PR  00960 | PUERTO RICO F C U<br>55 RESOLUCION<br>SAN JUAN PR  00922 | UNITED SURETY & INDEMNITY COMPANY<br>PO BOX 2111<br>SAN JUAN PR  00922-2111 |
| HOSPITAL AUXILIO MUTUO<br>PO BOX 191227<br>SAN JUAN PR  00919-1227 | PUERTO RICO FEDERAL CREDIT UNION<br>PO BOX 12011<br>SAN JUAN PR  00922 | US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX  75403-5609 |
| JC PENNEY<br>PO BOX 960090<br>ORLANDO FL  32896-0090 | SALLIE MAE<br>LOAN SERVICING CENTER<br>PO BOX 9500<br>WILKES BARRE PA  18773-9500 | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 4169<br>GREENVILLE TX  75403-4169 |
| LEGAL PARTNERS  PSC<br>138 WINSTON CHURCHILL AVE<br>SUITE 316<br>SAN JUAN PR  00926-6023 | SALLIE MAE<br>BANKRUTPCY DIV<br>220 LASLEY AVE<br>WILKES BARRE PA  18706 | |
| LIBERTY CABLEVISION<br>PO BOX 179<br>LUQUILLO PR  00773 | SEARS PREMIER CARD<br>PO BOX 183001<br>COLUMBUS OH  43218-3001 | |
| MARTINEZ & TORRES LAW OFFICES<br>PO BOX 192938<br>SAN JUAN PR  00919-2938 | SPRINT<br>PO BOX 219100<br>KANSAS CITY MO  64121-9100 | |
| PENNCRO ASSOCIATES INC<br>PO BOX 538<br>OAKS PA  19456 | TRANSWORLD SYSTEMS INC<br>TRES RIOS<br>27 GONZALEZ GIUSTI 601<br>GUAYNABO PR  00968 | |
| PENTAGON FEDERAL CREDIT UNION<br>PO BOX 1432<br>ALEXANDRIA VA  22313-2032 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | |