70262
xxxx3568

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Arturo I. Lugo López<br>Tania E. Ramos Guzmán<br>Plaintiffs<br><br>V<br><br>Banco Bilbao Vizcaya Argentaria<br><br>Defendant | CASE NO: 09-01512 ESL<br><br>Chapter 13<br><br>ADV. PROC. NO 10-00121 |

NOTICE OF APPEARANCE AND MOTION REQUESTING
AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

COMES now, Banco Bilbao Vizcaya Argentaria by the undersigned attorney, and very respectfully alleges and prays:

1. Banco Bilbao Vizcaya Argentaria was served with a copy of the complaint of the captioned case.

2. Banco Bilbao Vizcaya Argentaria has appointed the undersigned attorney to represent it in the proceedings pending before this Honorable Court.

3. Banco Bilbao Vizcaya Argentaria hereby requests that all notices and motions filed herein by any party as well as any orders entered by this Honorable Court be notified to Banco Bilbao Vizcaya Argentaria by due service upon the undersigned attorney.

4. In order to responsibly answer the complaint or otherwise plead the appearing party hereby requests an extension of time file a responsive pleading to expire **September 13, 2010.**

5. This request for an extension of time is not filed with the intent to delay the instant proceeding but to allow the appearing party to investigate the allegations made in the complaint.

**WHEREFORE**, it is respectfully requested from this Honorable Court to accept the undersigned as counsel for Banco Bilbao Vizcaya Argentaria. It is further requested from this Honorable Court to grant the appearing party an extension of time until **September 13, 2010** to answer the complaint or otherwise plead.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that this 13th day of August 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: ***the Trustee José R. Carrión Morales*** and ***the Debtor's Attorney Luis F. Del Valle Emmanuelli***. I hereby certify that I have mailed by United States Postal Service a copy of this motion to the following non CM/ECF participants: **NONE.**

MARTINEZ & TORRES LAW OFFICES PSC
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244  / Fax (787) 767-1183

s/ Vanessa M. Torres Quiñones
_____
By:    Vanessa M. Torres Quiñones
USDC -PR 217401

2

| | |
|---|---|
| Filename: | 70262 NOTICE OF APPEARANCE AND MOTION REQUESTING EXTENSION TIME (08-11-10) |
| Directory: | F:\Quiebras (digital)\Banco Bilbao Vizcaya\70262\70262 ADVERSARIO 10-00121 |
| Template: | C:\Documents and Settings\mbaldera\Application Data\Microsoft\Templates\Normal.dotm |
| Title: | 1 |
| Subject: | |
| Author: | User |
| Keywords: | |
| Comments: | |
| Creation Date: | 12/08/2010 10:26:00 a.m. |
| Change Number: | 18 |
| Last Saved On: | 13/08/2010 04:11:00 p.m. |
| Last Saved By: | MBALDERA |
| Total Editing Time: | 93 Minutes |
| Last Printed On: | 13/08/2010 04:11:00 p.m. |
| As of Last Complete Printing | |
|    Number of Pages: | 2 |
|    Number of Words: | 366 (approx.) |
|    Number of Characters: | 2,018 (approx.) |